# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Gloria A. Bunch and family,<br>    Plaintiff(s),<br><br>v.<br><br>Muskogee Housing Authority, et al.,<br>    Defendant(s). | Case No. 13-CIV-212-RAW |

## ORDER

Before the court is a letter from Plaintiff dated December 6, 2013, regarding her failure to pay monthly payments toward her filing fee in this matter [Docket No. 9]. Plaintiff states that she recently underwent surgery and forgot about this debt. The docket sheet in this matter indicates Plaintiff made monthly payments in July, August, September and October, 2013. No payment has been received since October 7, 2013. Plaintiff also requests the case to be placed "on hold status," and that the case be sealed from public knowledge.

Plaintiff is proceeding *pro se* in this matter. Thus, the court construes liberally the pleadings of the litigant. Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).

The court takes judicial notice that Plaintiff has filed numerous lawsuits in federal courts in multiple states:

>   *Bunch v. Riley's Oak Hill Manor South*, U.S. District Court for the Eastern District of Arkansas, Case No. 91-CIV-423-HW; job discrimination complaint; judgment entered on behalf of Defendant.
>
>   *Bunch v. Peake, et al.,* U.S. District Court for the Western District of Missouri (Kansas City), Case No. 08-CIV-393-DGK; employment discrimination complaint; Defendant's motion for summary judgment granted.
>
>   *Bunch v. Shinseki*, U.S. District Court for the Southern District of Georgia (Augusta),

Case No. 09-CIV-116-JRH-WLB; job discrimination (race); case dismissed for lack of prosecution.

*Bunch v. Department of Veterans Affairs, et al.*, U.S. District Court for the Eastern District of Arkansas (Little Rock), Case No. 09-CIV-578-JLH; job discrimination (employment); case transferred to Southern District of Mississippi, Jackson Division, for improper venue.

*Bunch v. Department of Veterans Affairs, et al.,* U.S. District Court for the Southern District of Mississippi (Jackson), Case No. 09-CIV-553-DPJ-FKB; job discrimination (employment); Defendants' motion for summary judgment and motion to dismiss granted.

*Bunch v. University of Arkansas Board of Trustees*, U.S. District Court for the Eastern District of Arkansas (Little Rock), Case No. 11-CIV-869-KGB; job discrimination (employment); case is pending. The docket sheet reflects that approximately twelve attorneys have been appointed to represent counsel, and approximately eleven have requested leave to withdraw (except for the attorney most recently appointed in November 2013).

*Bunch v. Martin, et al.,* U.S. District Court for the Eastern District of Arkansas (Little Rock), Case No. 13-CIV-360-BSM, medical malpractice; case is pending. An order was entered on November 26, 2013 directing Plaintiff to pay an initial filing fee within 30 days or the case would be dismissed.

*Bunch v. Mollobashy, et al*, U.S. District Court for the Northern District of Texas (Dallas), Case No. 13-CIV-1075-G-BH, medical malpractice; case is pending.

*Bunch v. Shineski*, Eighth Circuit Court of Appeals, Case No. 10-1028, appeal dismissed for failure to prosecute.

A court "has discretion in deciding whether or not to grant a civil litigant permission to proceed IFP." *Brewer v. City of Overland Park Police Dept.*, 24 Fed.Appx. 977, 979 (10th Cir. 2002)(citing 28 U.S.C. § 1915(a)). Plaintiff has failed to make monthly payments in November and December. She requests the case be put on hold, but does not state for how long. Additionally, Plaintiff provides no documentation to substantiate her health or

financial issues.

Plaintiff also requests the case be sealed from public knowledge, but gives no explanation or details as to why the case should be sealed.  The common law presumes a right of access to judicial records. Nixon v. Warner Communications, Inc., 435 U.S. 589, 597, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978).

Plaintiff's motion [Docket No. 9] will be granted in part and denied in part.  Plaintiff shall resume her monthly payments in January 2014.  The court cautions Plaintiff that failure to pay the filing fee as directed could result in this matter being dismissed pursuant to the Federal Rules of Civil Procedure.  Plaintiff's requests that the matter be put "on hold status" and that the case be sealed from public knowledge are denied.

Dated this 23rd day of December, 2013.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma